# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAMEN MOVING & STORAGE, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEGA MAN MOVING LLC, )<br>)<br>Defendant. )<br>) | Civil Action No.: 24-cv-10259-RGS |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT

The Plaintiff Megamen Moving & Storage, LLC and the Defendant Mega Man Moving LLC respectfully move this Court to approve the entry of the proposed Consent Judgment filed herewith as <u>Exhibit A</u>.  The parties jointly make this motion on the grounds that the entry of the proposed Consent Judgment is in the interest of justice, that there is no just cause for delay, and that the Defendant has consented to entry of final judgment in this case, as set forth in the attached Consent.  In the event the proposed Consent Judgment is entered, the Plaintiff and Defendant each waive the entry of findings of fact and conclusions of law and waive all rights of appeal.

WHEREFORE, the parties jointly request that the attached proposed Consent Judgment be entered in this civil action.

| | |
|---|---|
| Dated: February 15, 2024 | Respectfully Submitted, |
| MEGAMEN MOVING & STORAGE, LLC | MEGA MAN MOVING LLC |
| By its attorneys, | By its attorney, |

*/s/ Benjamin J. Wish*  
Benjamin J. Wish (BBO# 672743)  
bwish@toddweld.com  
Maria T. Davis (BBO# 675447)  
mdavis@toddweld.com  
TODD & WELD LLP  
One Federal Street, 27th Floor  
Boston, MA 02110  
(617) 720-2626

*/s/ Charles Wender*  
Charles Wender, Esquire  
Florida Bar No. 246271  
CHARLES WENDER  
Attorney-at-Law, Chartered  
301 Crawford Boulevard  
Suite 208  
Boca Raton, FL  33432  
(561) 368-7004  
(561) 368-5798 (Facsimile)  
wenderlaw@aol.com (primary)  
lindaleegal@aol.com (secondary)