# Exhibit A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MEGAMEN MOVING & STORAGE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 24-cv-10259-RGS |
| | ) |
| MEGA MAN MOVING LLC, | ) |
| | ) |
| Defendant. | ) |

### CONSENT JUDGMENT

WHEREAS, Plaintiff, Megamen Moving & Storage, LLC ("Megamen"), by and through its Attorneys, and Defendants Mega Man Moving LLC, ("Mega Man"), consent to the entry of this Final Judgment by Consent ("Final Judgment") and its terms without trial or adjudication, to resolve the claims set forth in the Complaint in the above-captioned case; and

WHEREAS, upon agreement the parties jointly seek an order of judgment entered in favor of Megaman Moving and Storage LLC on all counts and orders;

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED and DECREED:**

(1) Judgment is entered in favor of Megamen on all counts.

(2) Within seven days, Mega Man, its officers, agents, employees, successors, attorneys, and all those in active concert or participation with defendant shall not: (i) use in any manner any trademark, service mark, trade name, company name or assumed name which resembles, in whole or in part, the federal registration of plaintiff Megamen, as set forth in Exhibit A of the Complaint, or

any other name or mark owned or used by the defendant so as to cause likelihood of confusion, mistake or deception with respect to origin, relationship, or affiliation by or with plaintiff; (ii) use in any manner, including, without limitation, as part of a website domain name or in connection with any social media, any trademark, service mark, trade name or assumed named containing the term "Mega Man," "Megaman," "Megamen," or any other variation of those words; or (iii) cause reviews regarding the plaintiff to be posted on the internet.

(3) Mega Man shall immediately take all reasonable steps to cause the removal of all reviews regarding the plaintiff which it has caused to be posted on the internet or which have been posted as a result of the confusion between defendant's business name and the plaintiff's mark, including, without limitation, those attached here as Exhibit A.

(4) Each of the parties shall bear their own costs and fees.

(5) The clerk shall close the matter.

APPROVED AND ORDERED

_____

Date: _____

# Exhibit A

← **Megamen Moving...**  🔖  📤  ⋮



💡 Helpful 0    🖐 Thanks 0    💙 Love this 0    🐽 Oh no 0

**clyde j.**
🗋 0  ⭐ 1  🖼 0                    ⋮

4 months ago

The Phone office was polite, but the service was terrible. The truckers demanded all payment upfront and then stated that would ...
Read more



💡 Helpful 1    🖐 Thanks 0    💙 Love this 0    🐽 Oh no 0



**Anderson J.**
🗋 286  ⭐ 3  🖼 1                    ⋮

⭐⭐⭐⭐⭐  1/24/2023

Great Owner with an efficient and effective supporting staff. Guys work their tails off and keep your things scratch free!!

💡    🖐    💙    🐽

🔍 Search    📁 Projects    ⬤ Me    🔖 Collections    ☰ More

← **Megamen Moving...** 🔖 ↗ ⋮

Helpful 0   Thanks 1   Love this 0   Oh no 0

**Margaret S.**                                      ⋮
👤 0   ★ 1   🖼 0

11 days ago

Scam Scam Scam!!!. These guys are really bad
people to trust with your life. They completely
ripped us off and refused to give us our deposit
back after they said they would. I understand
that deposits aren't refundable sometimes but
they literally said that it was. I read so many
bad reviews I should have listened to them. I
talked to Matt the owner and he completely
convinced me to trust him and everything he
said was a lie

Helpful 0   Thanks 0   Love this 0   Oh no 0

**B. S.**                                             ⋮
👤 0   ★ 3   🖼 0

⭐⭐⭐⭐⭐ 5 months ago

I was moving from California to Maine. I

🔍 Search   📁 Projects   👤 Me   🔖 Collections   ☰ More



← Megamen Moving...

Helpful 0    Thanks 0    Love this 0    Oh no 0

**clyde j.**
0    ★ 1    ◨ 0

4 months ago

The Phone office was polite, but the service was terrible. The truckers demanded all payment upfront and then stated that would be twice as expensive. Despite the fact they had photos, and AND had already seen them. They also asked for a tip upfront, and could not give me an estimated delivery date despite the fact it was guaranteed to be 3 to 5 days later.



Helpful 1    Thanks 0    Love this 0    Oh no 0

**Anderson J.**
286    ★ 3    ◨ 1

★★★★★    1/24/2023

Great Owner with an efficient and effective supporting staff. Guys work their tails off and

Search    Projects    Me    Collections    More